# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-778-SM |
| ) | |
| JERRY L. PHAN and HUONG ) | |
| HOANG d/b/a TY TRUCKING, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice as to all claims raised by the parties. Doc. 17. Upon consideration, the Court hereby dismisses this case with prejudice.

**IT IS SO ORDERED** this 15th day of October, 2019.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE